No. 80–1211.  GENERAL PORTLAND CEMENT CO. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 80–1212.  WATTS v. CIVIL SERVICE BOARD FOR THE CITY OF COLUMBIA, TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.

No. 80–1243.  FRANKS v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 80–1279.  HILL v. AMERICAN AIRLINES, INC.  C. A. 5th Cir.  Certiorari denied.

No. 80–1311.  SHELNUT ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 80–1323.  DeLUCCA ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 80–1324.  CARIELLO v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 80–1328.  EGAN ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 80–1355.  DEAN ET AL. v. COUNTY OF BRAZORIA, TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 80–5584.  OUTLAW v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 80–5671.  ZELDES v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 80–5768.  McDONALD v. TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 80–5859.  McDONALD v. DRAPER, JUDGE.  Ct. Crim. App. Tenn.  Certiorari denied.